# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jean Carlo Macias Acosta,<br><br>  Plaintiff,<br><br>v.<br><br>Unknown Fitzgibbon,<br><br>  Defendant. | No. CV-18-02487-PHX-DLR (CDB)<br><br>**ORDER** |

The Court has reviewed Plaintiff's motion for leave to amend (Doc. 33) and proposed amended complaint (Doc. 34), Defendant's response in opposition (Doc. 36), Magistrate Judge Camille Bibles' report and recommendation ("R&R) recommending that the Court deny the motion (Doc. 39), and Plaintiff's objections thereto (Doc. 42). Magistrate Judge Bibles concluded that Plaintiff's proposed amendment is futile because he seeks to sue Defendant in his official capacity for retrospective declaratory relief and monetary damages, but state officials acting in their official capacities may only be sued under § 1983 for prospective injunctive relief.  In his objections to the R&R, Plaintiff insists that he is seeking prospective injunctive relief, but his assertions are not consistent with the proposed amended complaint he submitted to the Court.  Rather, the proposed amended complaint seeks only retrospective declaratory relief and monetary damages.  Accordingly, the Court finds Magistrate Judge Bibles' R&R well-taken.

**IT IS ORDERED** that the R&R (Doc. 39) is adopted, Plaintiff's objections (Doc.

42) are overruled, and Plaintiff's motion for leave to amend (Doc. 33) is denied for the reasons stated in the R&R.

Dated this 6th day of July, 2020.

Douglas L. Rayes
United States District Judge